# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ZION BULLITT AVENUE LIMITED
PARTNERSHIP,

                Petitioner

        v.

WESTMORELAND COUNTY TAX CLAIM
BUREAU, WESTMORELAND COUNTY
INDUSTRIAL DEVELOPMENT
CORPORATION, AND CITY OF
JEANNETTE,

                Respondents

: No. 341 WAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the decision of this matter.